Stephen Danz & Associates
STEPHEN DANZ
stephen.danz@employmentattorneyca.com
11661 San Vincente Boulevard
Suite 500
Los Angeles, CA  90049
Phone:  (877) 789-9707

Attorney for Plaintiff,
NYACK BAKARI

Wilke, Fleury, Hoffelt, Gould & Birney, LLP
KELLI M. KENNADAY, Bar. No. 155153
kkennaday@wilkefleury.com
KIM JOHNSTON, Bar No. 196961
kjohnston@wilkefleury.com
400 Capitol Mall
Twenty-Second Floor
Sacramento, CA 95814
Telephone:  (916) 441-2430
Facsimile:   (916) 442-6664

Vedder Price PC
STEVEN L. HAMANN (*Pro Hac Vice*)
shamann@vedderprice.com
MEGAN CROWHURST (*Pro Hac Vice*)
mcrowhurst@vedderprice.com
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
Telephone:   (312) 609-7500
Facsimile:   (312) 609-5005

Attorneys for Defendant,
STERICYCLE, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NYACK BAKARI,<br><br>              Plaintiff,<br><br>v.<br><br>STERICYCLE, INC.,<br><br>              Defendant. | Case No.  2:10-cv-02570-MCE-DAD<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE** |

Pursuant to Local Rule 6-144 of the United States District Court for the Eastern District of California, Plaintiff Nyack Bakari and Defendant Stericycle, Inc. (collectively, "the Parties"), by their attorneys, hereby stipulate that both Parties would benefit from an additional sixty days to conduct discovery in this matter and that the proposed extension would not affect any other case management deadlines in this lawsuit and therefore respectfully request that this Court issue an

VEDDER PRICE P.C.
ATTORNEYS AT LAW
CHICAGO

JOINT STIPULATION AND ORDER TO
EXTEND DISCOVERY DEADLINE
Case No. 2:10-cv-02570-MCE-DAD

order extending the time to complete discovery. In support of this Stipulation, the Parties state as follows:

1. Plaintiff filed his initial Complaint in state court on March 3, 2010, and Defendant removed the action to federal court on September 21, 2010.

2. Both parties promptly prepared a Joint Case Management Plan and then exchanged Rule 26(a)(1) Initial Disclosures in December 2010.

3. On February 7, 2011, this Court issued a scheduling order setting a discovery close date of December 1, 2011, a dispositive motion deadline of April 5, 2011, a Final Pretrial Conference for August 9, 2012 and a Jury Trial on October 1, 2012.

4. Plaintiff served his written discovery requests on February 15, 2011 and Defendant has responded to those requests.

5. Defendant served its first set of written discovery requests on January 26, 2011 and Plaintiff has responded to those requests. Defendant served its Second Requests for Production of Documents on May 27, 2011, and has just received Plaintiff's responses to those reuqests.

6. As shown, the parties have proceeded expeditiously with discovery. Each side has propounded and responded to written discovery, and the parties have also discussed scheduling Plaintiff's and other depositions.

7. At some time in or around June 2011, Plaintiff's case was reassigned to other counsel.

8. Due to Plaintiff's having obtained different counsel, recent case management changes in other matters and Defendant's counsel being out of the country in October, the Parties now seek an additional sixty days to complete discovery, to and including January 30, 2012.

VEDDER PRICE P.C.
ATTORNEYS AT LAW
CHICAGO

JOINT STIPULATION AND ORDER TO
EXTEND DISCOVERY DEADLINE            - 2 -
Case No. 2:10-cv-02570-MCE-DAD

9. This request is not made for the purposes of delay and would not affect any other case management deadlines already set in this case.

WHEREFORE, allowing Plaintiff Nyack Bakari and Defendant Stericycle, Inc. to extend fact discovery by sixty days, to and including January 30, 2012, to complete depositions and other written discovery will avoid burdening the Court and the Parties with any unnecessary motions to resolve discovery disputes and would not impact any other case management deadlines already set.

DATED: October 3, 2011               STEPHEN DANZ & ASSOCIATES

                                     By: */s/ Stephen Danz*
                                            STEPHEN DANZ
                                       Attorney for Plaintiff, NYACK BAKARI

DATED: October 3, 2011               VEDDER PRICE P.C.

                                     By: */s/ Megan J. Crowhurst*
                                            MEGAN J. CROWHURST
                                       Attorney for Defendant, STERICYCLE, INC.


IT IS SO ORDERED.

Dated: October 14, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

VEDDER PRICE P.C.
ATTORNEYS AT LAW
CHICAGO

JOINT STIPULATION AND ORDER TO
EXTEND DISCOVERY DEADLINE            - 3 -
Case No. 2:10-cv-02570-MCE-DAD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VEDDER PRICE P.C.
ATTORNEYS AT LAW
CHICAGO

JOINT STIPULATION AND ORDER TO
EXTEND DISCOVERY DEADLINE
Case No. 2:10-cv-02570-MCE-DAD