UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

NYACK BAKARI,                           No. 2:10-cv-02570-MCE-DAD

    Plaintiff,

  v.                                     ORDER CONTINUING TRIAL

STERICYCLE, INC.,

    Defendant.
_____/

    YOU ARE HEREBY NOTIFIED the October 1, 2012 jury trial is vacated and continued to **April 8, 2013**, at **9:00 a.m.** in Courtroom 7. The parties shall file trial briefs not later than **February 7, 2013.** Counsel are directed to Local Rule 285 regarding the content of trial briefs.

    Accordingly, the August 9, 2012 Final Pretrial Conference is vacated and continued to **February 21, 2013**, at **2:00 p.m.** in Courtroom 7. The Joint Final Pretrial Statement is due not later than **January 31, 2013** and shall comply with the procedures outlined in the Court's February 7, 2011 Pretrial Scheduling Order.

///

1

The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference. Telephonic appearances for this hearing are not permitted.

Any evidentiary or procedural motions are to be filed by **January 31, 2013**. Oppositions must be filed by **February 7, 2013**, and any reply must be filed by **February 14, 2013**. The motions will be heard by the Court at the same time as the Final Pretrial Conference.

IT IS SO ORDERED.

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE