1

Steven Danz & Associates
STEVEN F. DANZ, Bar No. 68318
stephen.danz@employmentattorneyca.com
11661 San Vicente Boulevard
Los Angeles, California
Telephone: (310) 207-4568
Facsimile: (310) 207-5006

Law Offices of Douglas E. Jaffe
DOUGLAS E. JAFFE, Bar No. 88758
djaffe@dougjaffelaw.com
P.O. Box 160661
Sacramento, California 95816
Telephone: (916) 443-1575

2

3

4

5

6

7

8

9
Attorneys for Plaintiff,
NYACK BAKARI

10

11

Wilke, Fleury, Hoffelt, Gould & Birney, LLP
KELLI M. KENNADAY, Bar. No. 155153
kkennaday@wilkefleury.com
KIM JOHNSTON, Bar No. 196961
kjohnston@wilkefleury.com
400 Capitol Mall
Twenty-Second Floor
Sacramento, California 95814
Telephone: (916) 441-2430
Facsimile: (916) 442-6664

Vedder Price P.C.
STEVEN L. HAMANN, appearing Pro Hac Vice
shamann@vedderprice.com
MEGAN CROWHURST, appearing Pro Hac Vice
mcrowhurst@vedderprice.com
222 North LaSalle Street
Suite 2600
Chicago, Illinois 60601-1003
Telephone: (312) 609-7500
Facsimile: (312) 609-5005

12

Attorneys for Defendant
STERICYCLE, INC.

13

**UNITED STATES DISTRICT COURT**

14

**EASTERN DISTRICT OF CALIFORNIA**

15

16

NYACK BAKARI,
                    Plaintiff,

Case No. 2:10-cv-02570-MCE-DAD

17

v.

**STIPULATION AND ORDER OF
DISMISSAL**

18

STERICYCLE, INC.,
                    Defendant.

19

20

Plaintiff, Nyack Bakari, and Defendant, Stericycle, Inc., by and through their attorneys,

21

hereby stipulate to the dismissal of this action with prejudice pursuant to settlement, each party to

22

bear his or its own attorneys' fees and costs.

23

24

DATED: December __, 2011

DATED: December __, 2011

25

LAW OFFICES OF DOUGLAS E. JAFFE

VEDDER PRICE P.C.

26

By: /s/ Douglas E. Jaffe
        Douglas E. Jaffe

By: /s/ Megan J. Crowhurst
        Megan J. Crowhurst

27

Attorney for Plaintiff, NYACK BAKARI

Attorney for Defendant, STERICYCLE, INC.

28

STIPULATION AND ORDER OF
DISMISSAL
Case No. 2:10-cv-02570-MCE-DAD

1    ORDER ON STIPULATION OF DISMISSAL

2        The parties, Plaintiff, Nyack Bakari, and Defendant, Stericycle, Inc., having submitted a

3    Stipulation of Dismissal and the Court having read the foregoing Stipulation, it is hereby

4    ORDERED:

5        The Stipulation of Dismissal is GRANTED and the cause of action and all claims filed or

6    asserted by Plaintiff, Nyack Bakari, against Defendant, Stericycle, Inc., are hereby dismissed,

7    with prejudice, pursuant to settlement, each party to bear his or its own attorneys' fees and costs.

8    The Clerk of the Court is directed to close this case.

9

10   Dated:  January 6, 2012

11   _____

12   MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VEDDER PRICE P.C.
ATTORNEYS AT LAW
CHICAGO

STIPULATION AND ORDER OF
DISMISSAL                                    2
Case No. 2:10-cv-02570-MCE-DAD