| | |
|---|---|
| Steven Danz & Associates<br>STEVEN F. DANZ, Bar No. 68318<br>stephen.danz@employmentattorneyca.com<br>11661 San Vicente Boulevard<br>Los Angeles, California<br>Telephone:  (310) 207-4568<br>Facsimile:  (310) 207-5006<br><br>Law Offices of Douglas E. Jaffe<br>DOUGLAS E. JAFFE, Bar No. 88758<br>djaffe@dougjaffelaw.com<br>P.O. Box 160661<br>Sacramento, California  95816<br>Telephone:  (916) 443-1575<br><br><br>Attorneys for Plaintiff,<br>NYACK BAKARI | Wilke, Fleury, Hoffelt, Gould & Birney, LLP<br>KELLI M. KENNADAY, Bar. No. 155153<br>kkennaday@wilkefleury.com<br>KIM JOHNSTON, Bar No. 196961<br>kjohnston@wilkefleury.com<br>400 Capitol Mall<br>Twenty-Second Floor<br>Sacramento, California 95814<br>Telephone:  (916) 441-2430<br>Facsimile:  (916) 442-6664<br><br>Vedder Price P.C.<br>STEVEN L. HAMANN, appearing Pro Hac Vice<br>shamann@vedderprice.com<br>MEGAN CROWHURST, appearing Pro Hac Vice<br>mcrowhurst@vedderprice.com<br>222 North LaSalle Street<br>Suite 2600<br>Chicago, Illinois  60601-1003<br>Telephone:  (312) 609-7500<br>Facsimile:  (312) 609-5005<br><br>Attorneys for Defendant<br>STERICYCLE, INC. |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYACK BAKARI,<br>         Plaintiff,<br><br>v.<br><br>STERICYCLE, INC.,<br>         Defendant. | Case No. 2:10-cv-02570-MCE-DAD<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Plaintiff, Nyack Bakari, and Defendant, Stericycle, Inc., by and through their attorneys, hereby stipulate to the dismissal of this action with prejudice pursuant to settlement, each party to bear his or its own attorneys' fees and costs.

| | |
|---|---|
| DATED:  December __, 2011 | DATED:  December __, 2011 |
| LAW OFFICES OF DOUGLAS E. JAFFE | VEDDER PRICE P.C. |
| By:  /s/ Douglas E. Jaffe<br>     Douglas E. Jaffe | By:  /s/ Megan J. Crowhurst<br>     Megan J. Crowhurst |
| Attorney for Plaintiff, NYACK BAKARI | Attorney for Defendant, STERICYCLE, INC. |

VEDDER PRICE P.C.
ATTORNEYS AT LAW
CHICAGO

STIPULATION AND ORDER OF
DISMISSAL
Case No. 2:10-cv-02570-MCE-DAD

ORDER ON STIPULATION OF DISMISSAL

The parties, Plaintiff, Nyack Bakari, and Defendant, Stericycle, Inc., having submitted a Stipulation of Dismissal and the Court having read the foregoing Stipulation, it is hereby ORDERED:

The Stipulation of Dismissal is GRANTED and the cause of action and all claims filed or asserted by Plaintiff, Nyack Bakari, against Defendant, Stericycle, Inc., are hereby dismissed, with prejudice, pursuant to settlement, each party to bear his or its own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

Dated:  January 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE